UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | |
| **DANIEL EDMUND DUGGAN,** | : | Case No. 17-cr-00169 |
|    also known as | : | |
|    **DING SAN XING,** | : | |
|    **DING SAN QING,** | : | |
|    **DSQ,** | : | |
|    **IVAN,** | : | |
| | : | |
|        **Defendant.** | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar No. 481866

By:  /s/ Erik M. Kenerson
Erik M. Kenerson // OH Bar No. 82960
Kimberly Paschall // D.C. Bar No. 1015665
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov

Beau D. Barnes
D.C. Bar No. 1024150
Trial Attorney
U.S. Department of Justice, National Security Division
Counterintelligence and Export Control Section
950 Pennsylvania Avenue NW
Washington, D.C.  20530
(202) 305-4679
beaudre.barnes@usdoj.gov